# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TERRI MEAGLEY**                                                            **PLAINTIFF**

**v.**                  **Case No. 4:09-cv-226-DPM**

**CITY OF LITTLE ROCK**                                       **DEFENDANT**

## JUDGMENT

The Court enters judgment against Meagley and for the City of Little Rock. Meagley's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 August 2010